In re: Crown Vantage, Inc. et al., Doc. 6

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C-07-2075 MMC |
| CROWN VANTAGE, INC.<br>CROWN PAPER CO. | Bankruptcy Case No. 00-41584 N |
| Debtors / | **ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE** |

Before the Court is the "Agreed Motion of Liquidating Trustee of Crown Paper Liquidating Trust for (1) Withdrawal of the Reference with Respect to Motion to Approve Compromise of Controversy and (2) Assignment of Motion to Approve Compromise of Controversy to District Court Presiding in Related Cases," filed April 12, 2007 in the District Court.[1]

Having considered the motion, and good cause appearing therefrom, the Court hereby GRANTS the motion.

Accordingly, the Court hereby WITHDRAWS the reference of the "Joint Motion of Liquidating Trustee of Crown Trustee, Fort James and Certain Liquidating Trust Defendants Pursuant to F.R.B.P. 9019 to Approve Compromise of Controversy" ("Settlement Motion").

//

---

[1] The motion was filed initially on March 27, 2007 in the Bankruptcy Court, and subsequently transmitted to the District Court. See B.L.R. 5011-2(a).

1  No later than April 20, 2007, the Liquidating Trustee shall (1) electronically file the
2  Settlement Motion in Civil Case No. 2-3836 MMC and Civil Case No. 2-3838 MMC, noticed,
3  in each instance, for hearing on May 25, 2007,[2] and (2) serve a copy of this Order and the
4  Settlement Motion on all parties who are required to receive notice pursuant to Rule
5  2002(a)(3) of the Federal Rules of Bankruptcy and Bankruptcy Local Rule 2002-1, as
6  modified by the Order Establishing Case Management Procedures and Hearing Schedule,
7  entered April 28, 2000 in the Bankruptcy Court.
8  Any opposition to the Settlement Motion shall be filed in the District Court and
9  served no later than May 4, 2007, and any reply shall be filed in the District Court and
10 served no later than May 11, 2007.
11 **IT IS SO ORDERED.**

13 Dated: April 17, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[2] Additionally, the first page of the notice of motion shall set forth the deadlines for filing opposition and any reply thereto.

2